

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**



*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*  *(717) 221-3920*
*Clerk of Court*  *FAX (717) 221-3959*

September 21, 2011

Commissioner of Patents
and Trademarks
P.O. Box 1450
Alexandria, Virginia 22313-1450

Re: AF Holdings, LLC v. Neer Reibenbach
1:12-CV-1893

Dear Commissioner:

In compliance with 35 U.S.C. Sec. 290 and/or 15 U.S.C. Sec. 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Middle District of Pennsylvania.

Sincerely yours,

Mary E. D'Andrea
Clerk of Court

By: s/_Paula Rowe
Deputy Clerk